## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

YAACOV BENAROSH AND BATYA BENAROSH,

      Petitioners

      v.

MICHAEL AXELROD AND JOAN AXELROD, INDIVIDUALLY, HIS HEIRS AND ASSIGNS, AND AS TRUSTEES OF THE MICHAEL AXELROD 2012 IRREVOCABLE TRUST, TRIAD REALTY, MARLENE ZARRETT AND BARE FEET SHOES,

      Respondents

:  No. 48 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.